| UNITED STATES DISTRICT COURT | PRIORITY SEND |
|---|---|
| CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 11-8618-JFW (SSx)**                                              Date:  January 3, 2012

Title:        Jon Carpenter -v- Walgreen Co, et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                                                                   None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

    As a result of the parties' failure to file the Joint Rule 26(f) Report and the Notice of Settlement Conference Procedure Selection Form/ADR Program Questionnaire as required by the Court's Order of December 6, 2011, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for January 9, 2012, is **VACATED**.  See Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

    IT IS SO ORDERED.